**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MANUEL BURRUEL, III, | ) | NO. ED CV 17-2350-AG(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| STANLEY SNIFF, ET AL., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: May 30, 2018.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE